Decided October 3, 2008

BRIDGEPORT CITY SUPERVISORS' ASSOCIATION *v.* CITY OF BRIDGEPORT

The plaintiff's petition for certification for appeal from the Appellate Court, 109 Conn. App. 717 (AC 28466), is denied.

*Virginia C. Foreman*, in support of the petition.

Decided October 3, 2008

STATE OF CONNECTICUT *v.* MICHAEL DIFANO

The defendant's petition for certification for appeal from the Appellate Court, 109 Conn. App. 679 (AC 28472), is denied.

*Conrad Ost Seifert*, in support of the petition.

*Bruce R. Lockwood*, senior assistant state's attorney, in opposition.

Decided October 3, 2008